**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1126

CLARENCE ANDERSON, III,

Petitioner - Appellant,

v.

LIEUTENANT GENERAL JEFFREY A. ROCKWELL, The Judge Advocate General United States Air Force; LIEUTENANT GENERAL JOSEPH T. GUASTELLA, Deputy Chief of Staff for Operations, Plans and Requirements United States Air Force; FRANK KENDALL,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:19-cv-01139-AJT-IDD)

Submitted:  July 13, 2022                          Decided:  July 22, 2022

Before AGEE, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Anderson, III, Appellant Pro Se.  Matthew James Mezger, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Anderson, III, appeals the district court's December 16, 2021, order denying his third motion for reconsideration. We have reviewed the record and conclude that the district court did not abuse its discretion in denying relief. *See Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (en banc) (stating standard of review). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*